No. 73–1476.  STEBBINS v. ALLSTATE INSURANCE COMPANIES ET AL.  C. A. D. C. Cir.  Certiorari denied. ■

No. 73–1485.  CHOCTAW NATION ET AL. v. OKLAHOMA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 73–1502.  COLON v. DIVISION OF HUMAN RIGHTS OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–1518.  GORDON ET UX. v. DU PONT GLORE, FORGAN, INC.  C. A. 5th Cir.  Certiorari denied. ■

No. 73–1556.  CULINARY ALLIANCE & BARTENDERS UNION LOCAL 703, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied. ■

No. 73–1564.  WATERS ET AL. v. BENSINGER, CORRECTIONS DIRECTOR.  C. A. 7th Cir.  Certiorari denied.

No. 73–1566.  TENNECO INC. ET AL. v. PUBLIC SERVICE COMMISSION OF WEST VIRGINIA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 73–1569.  GALEY CONSTRUCTION CO. ET AL. v. UTAH MORTGAGE LOAN CORP.  C. A. 9th Cir.  Certiorari denied.

No. 73–1572.  ARIZONA v. WHITTINGHAM ET VIR.  Ct. App. Ariz.  Certiorari denied.

No. 73–1580.  WELLS v. HENNESSEY, JUDGE.  Sup. Ct. Ohio.  Certiorari denied.